FILED
Clerk
District Court

JAN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>YU YAO XU,<br><br>Defendant - Appellant. | No. 05-10040<br>D.C. No. CR-04-00027-ARM<br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BING SHU CHEN, also known as Jim, also known as Xu Yu Yao,<br><br>Defendant - Appellant. | No. 05-10041<br>D.C. No. CR-04-00027-ARM<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/07/05

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

        DEC 29 2005
by: _____
      Deputy Clerk
```